UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

INMATE

CIVIL RIGHTS

COMPLAINT PURSUANT

DEERING CARTER #3577

PLAINTIFFS

PURSUANT TO

42 U.S.C. § 1983

US

DEFENDANT FENDELL

CASE NO: 9:_____ CV____

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JUN 03 2013

AT_____ O'CLOCK

Lawrence K. Beerman, Clerk - Syracuse

┌─────────────────────────────────────────┐
│ PLAINTIFFS DEMANDS A TRIAL B: ✓ JURY      │
└─────────────────────────────────────────┘

PLAINTIFFS IN THE ABOVE-CAPTIONED ACTIONS AS FOLLOWS

JURISDICTION

1.

PARTIES

2.    PLAINTIFF: DEERING CARTER 3577

ALLEGHENY COUNTY PRISON

950 SECOND AVENUE

PGH, PA: 15219

3. A.

DEFENDANT: PENDELL APER

OFFICIAL POSITION GUARD

950 SECOND AVE

PGH, PA. 15219

UNITED STATES DISTRICT COURT                          INMATE

NORTHERN DISTRICT OF NEW YORK                    CIVIL RIGHT

DEERING CARTER # 3577                    COMPLAINT PURUANT
        PLAINTIFFS                       PURSUANT TO
                                         42 U.S.C. § 1983

                                    CASE NO 9:_____ CV_____

DEFENDANTS

  OFFICER ZOLLER

PLAINTIFF(S) DEMAND A TRIAL BY ☑ JURY

PLAINTIFFS IN THE ABOVE-CAPTIONED ACTION ALLEGES AS FOLLOWS:

                        JURISDICTION


                         PARTIES



1.


2.  DEERING CARTER
      ACJ PRISON 950 SECOND AVE
      PGH, PA. 15219


3.  OFFICER ZOLLER
      ACJ 950 SECOND AVE
        PGH, PA. 15219

NORTHERN DISTRICT OF NEW YORK

CIVIL RIGHT

DEERING CARTER # 3577

PLAINTIFF(S)

COMPLAINT PURUANT
PURSUANT TO
42 U.S.C, & 1983

VS.

CASE NO. 9: _____ CV _____

OFFICER CHRONISTER

PLAINTIFFS DEMANDS ATRIAL BY <u>V</u> JURY

PLAINTIFFS IN THE ABOVE- CAPTIONED ACTION, ALLEGES AS FOLLOWS:

JURISDICTION

PARTIES

1 .

2. DEERING CARTER #3577
ACJ PRISO 950 SECOND AVE
PGH, PA. 15219

3. OFFICER CHRONISTER

ACJ 950 SECOND AVE
PGH, PA. 15219

UNITED STATES DISTRICT COURT

INMATE

NORTHERN DISTRICT OF NEW YORK

COMPLAINT PURSUANT

DEERING CARTER # 3577

PURSUANT TO

PLAINTIFFS

42 U.S.C. 8 1983

DEFENDANTS SGT. RUEBUL

CASE No: 9:_____ CV_____

DEFENDANTS DEMANDS A TRIAL BY ✓ JURY

PLAINTIFFS IN THE ABOUT-CAPTIONED ACTION ALLEGED to following

JURISDICTION

PARTIES

1.



2.  DEERING CARTER 3577
    ACS PRISON 950 SECOND AVE
    PGH, PA, 15219

3   SGT. RUEBUL
    ACS 950 SECOND AVE
    PGH, PA, 15219

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DEERING CARTER # 3577 | ) | INMATE |
| Plaintiff(s) | ) | CIVIL RIGHTS |
| | ) | COMPLAINT PURSUANT |
| vs. | ) | PURSUANT TO |
| | ) | 42 U.S.C. § 1983 |
| | ) | |
| CHAPLAIN    Defendant(s) | ) | Case No.  9:___CV_____ |
| MR. HARPER WARDEN | | |

Plaintiff(s) demand(s) a trial by:  ✓  JURY  _____ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.  This is a civil action seeking relief and/or damages to defend and protect the rights
    guaranteed by the Constitution of the United States.  This action is brought pursuant to
    42 U.S.C. § 1983.  The Court has jurisdiction over this action pursuant to
    28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.  Plaintiff:  DEERING CARTER, 3577

    Address:  ALLEGHENY COUNTY PRISON

    950 SECOND AVENUE

    PITTSBURGH, PENNSYLVANIA, 15219

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant:  MR. HARPER

    Official Position:  WARDEN

    Address:  ACJ  950 SECOND AVE

    PGH, PA. 15219

b.    Defendant: _____

Official Position: __CHAPLAIN__

Address: __ALLEGHENY COUNTY PRISON__

__950 SECOND AVENUE__

__PITTSBURGH, PENNSYLVANIA. 15219__

c.    Defendant: __DEMORE__

Official Position: __CAPTAIN__

Address: __ALLEGHENY COUNTY PRISON__

__950 SECOND AVENUE__

__PITTSBURGH, PENNSYLVANIA. 15219__

Additional Defendants may be added on a separate sheet of paper.

4.  PLACE OF PRESENT CONFINEMENT

a.    Is there a prisoner grievance procedure at this facility?

✓ Yes          ____ No

b.    If your answer ro 4a is YES, did you present the facts relating to your complaint in this grievance program?

✓ Yes          ____ No

If your answer to 4b is YES,

(i)    What steps did you take? __WRITE MANY REQUEST__
__SLIPS AS WELL AS MANY GRIEVANCE AND__
__STILL WRITING BOTH,__

(ii)   What was the final result of your grievance? __DENIED EVERY__
__SINGLE ONE OFF MY GRIEVANCE KNOW__
__MATTER WHAT__

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c.    If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

✓ Yes            _____ No

If your answer to 4c is YES,

(i)    What steps did you take? **CONTINUOUSLY PUTTING IN COMPLAINTS AND ASKING FOR THE INTERN AL AFFAIR TO STEP IN EVENTHOUGH I KNOW THEY WORK FOR THE INSTITUTION JUST WANT ON RECORD**

(ii)   What was the final result regarding your complaint? **COMPLETELY NOTHING AT ALL BUT A COMPLETE DENIAL**

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

5.    PREVIOUS LAWSUITS

a.    Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

✓ Yes            _____ No

b.    If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i.    Parties to previous lawsuit:

Plaintiff(s): **GREEN COUNTY PRISON**

Defendant(s): **ZABOROWSKY UNIT MANAGER**

ii.   Court (if federal court, name District; if state court, name County):

WESTERN DISTRICT AND A COUNTY SUIT

iii.  Docket number: FEDERAL CAN'T REMEMBER COUNTY GD 13-122

iv.   Name of Judge to whom case was assigned: CAN'T REMEMBER THE FEDERAL NAME
COUNTY NAME IS ALAN HERTZBERG, JUDGE

v.    Disposition (dismissed? on appeal? currently pending?): FEDERAL LOSE BY A JURY
RACISM PLAY A BIG PART COUNTY STILL PENDING

vi.   Approximate date of filing prior lawsuit: FEDERAL 5/16/1996

vii.  Approximate date of disposition: 9/21/2002

6.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY
defendant in your complaint.** (You may use additional sheets as necessary).

THEY HAVE A WALL LAW LIBRARY COMPUTER I AM
COMPUTER ILLITERATE I DO NOT HAVE A G.E.D EDUCATION
NOR DO THEY HAVE A TRAINED PARALEGAL UP HERE TO
ASSIST ANYONE WHEN THE INMATE HANDBOOK SPECIFICALLY
STATING THEY ARE SUPPOSE TO HAVE A TRAINED PARALEGAL
IN THE 2011 ALL UP UNTIL THE UP DATED JULY 2012 PEOPLE
CAN'T READ OR WRITE HOW CAN THEY UNDERSTAND WALL
LAW LIBRARY ALONG WITH SOMEONE WHO IS TRAINED IN
THE LAW. COUNTY PRISON HAVE MORE RIGHTS THEN
STATE PRISON AND THE STATE HAVE ADEQUATE TRAINED
PERSONNEL IN THE LAW LIBRARY. CHAPLAIN I ASK THE
CHAPLAIN OFFICE TO PLEASE GET ON THE INTERNET AND
ALLOW TO HAVE MY SPIRITUAL WAY OF REALITY CALLED
HERMITIC PHILOSOPHY AND THEY REFUSED AFTER
MULTIPLE REQUEST AND COMPLAINTS FORMS WENT
ON NUMEROUS OCCASIONS THAT IS WHY I AM TAKING THIS
ACTION

NOW WHEN STUFF FOUND OUT I PUT IN A LAW SUIT THAT IS WHEN I WAS RETALIATED AGAINST 2ND PLACED ON ADMINISTRATION CUSTODY I PUT IN A INJUNCTIVE RELIEF DENIED ON APRIL 19, 2013.

ALSO PUT IN A REQUEST FOR PRIVATE INVESTIGATOR DENIED ALSO A ORDER BACK INTO POPULATION ORDER DENIED BECAUSE ON 4/19/13, I WENT HOME TO MY MOM HOUSE ON COUNTY PAROLE I HAD SOME MONEY BUT THE MAJORITY WAS SPENT SO I WENT TO A COLD WEATHER SHELTER THE LITTLE MONEY I HAD LEFT SOMEONE STOLED IT I DID NOT CALL THE COPS THEN SOMEONE TRY TO STEAL MY NEW SHOES I LUCKILY SEEN THE PERSON JUST BEFORE HE WAS LEAVING 2ND GOT MY NEW NEW SHOES BACK PLUS IT WAS SNOWING OUTSIDE. NOW THE COLD WEATHER SHELTER WAS CLOSING DOWN FOR THE SEASON SO I WENT TO A SHELTER CLOSER TO WHERE I GROW UP AT NOW THE GUY WHO WORK AT THE SHELTER I KNEW HE FOR YEARS 2ND NEVER DONE ANYTHING TO HIM HE SAID THERE WASN'T ANY BEDS 2ND THERE WAS A BED EVEN THOUGH I WOULD OF SLEPT ON THE FLOOR BUT A DUDE I KNEW SAID RED HOLD UP SOMEBODY MIGHT NOT SHOW UP AT 9 O'CLOCK SO I STAYED UNTIL 9 O'CLOCK 2ND HE SAID I HAVE TO LEAVE SO I LEFT NOW I JUST HAD ONE WEEK TO WAIT FOR MY APARTMENT THAT WAS ALREADY PAID FOR 5 MONTH IN ADVANCE 2ND ON 4/5/13. I WAS ARRESTED FOR TAKING TEN DOLLARS THE POLICES LIED 2ND SAID THERE WAS MUCH MUCH MORE WAS TAKIN BUT 2T THE PRELIMINARY HEARING THE TRUST CAME OUT IT WAS ONLY TEN DOLLARS PLUS I HAVE MENTAL HEALTH PROBLEMS MY PROBATION SUPERVISOR TOLD ME ONE TIME YOU NEVER GROW OUT OF A TEENAGER MENTALITY I GOT STUCK ALONG THE LINES.

BUT ON THE 7-7-12 YOU PLACED BACK ON ADMINISTRATION CUSTODY WITHOUT A DC-141 REPORT OR A OTHER REPORT AND WITHOUT A ADMINISTRATION HEARING EXPLAINING THE REASON WHY YOU ARE PLACING ME ON ADMINISTRATION CUSTODY WHEN IN FACT THE POLICY STATE YOU HAVE 7 TO 10 WORKING DAY TO BRING ME BEFORE A HEARING COMMITTEE SO I CAN APPEAL THERE DECISION I PUT IN MULTIPLE REQUEST SLIPS AND COMPLAINTS FORMS.

AND NOW YOU HAVE A GUARD BY THE NAME ZOLLER IN FRONT OF A NURSE STATED THAT HE HATE ALL BLACK PEOPLE WHILE WE WAS A.C STATUS OR R.H.U STATUS AND HE ALSO DONE IT IN FRONT OF A BLACK GUARD NAME CHAPMAN WHO I BELIEVE I CAN GET A AFFIDAVIT IF THEY LET ME OUT IN POPULATION ALSO THEY HAVE GUARD BY THE NAME CHRONISTER WHO SAID HE IS A RACIST AND HE HATE BLACK PEOPLE TOO. AND ANOTHER GUARD PENDELL HE SHOOT ON THE POD SO MANY TIMES I CAN'T COUNT ALL THE TIMES HE HAVE DONE THIS TO ME YOU SUCK DICK AND GOT AIDS I CAN'T WAIT TO YOU DIE AND GOT ON THE INTERCOM AND USE THE -N- WORK ON NUMEROUS OCCASIONS.

AND IF WE YELL OUT THE CELL DOOR OUR PRIVALEGES ARE TAKEN LIKE THE EXERCISE YARD SHOWER ON DIFFERENT DAYS NO LAW LIBRARY AT ALL TO READ THE TWO LAW BOOKS THEY HAVE BECAUSE DO NOT UNDERSTAND THAT WALL COMPUTER UNDER KNOW CIRCUMSTANCE

NOW WHEN I WAS AT A PRISON CALLED HUNTINGTON
A PSYCHIATRIST TOLD ME I WAS GANG RAPE AND
CONTRACT THE DISEASE CALLED AIDS I REALLY HATE
THESE GUARDS TRYING THERE VERY BEST TO TORMENT
ME PSYCHOLOGICALLY MENTAL KNOWING I AM LOSING
WEIGHT PLAYING GAMES WITH ME KNOWING I REALLY
DO NOT HAVE HELP I DO NOT WANT TO DIE IN A
COUNTY JAIL WHICH WOULD MAKE THE GUARDS
EXTREMELY HAPPY SGT. RUEBEL LIED AND GAVE ME
A NEW STREET CHARGE I WIN BECAUSE THEY HAD
A LAW CLERK THEN. HE ALSO SAID HE IS GOING TO
GIVE ME ANOTHER STREET CHARGE JUST WATCH
SO HE CAN MAKE SURE I NEVER GET OUT OF JAIL.
IF YOU CAN PLEASE ALLOW ME TO SEEK IMMUNITY
FOR TEN DOLLARS WE ARE EXPOSE TO LIGHT ON
ALL DAY ALL NIGHT THESES NEED TO BE EXPOSE AND I AM
TRYING MY VERY BEST TO TRY IN STOP THE INJUSTICE WITH
ME STILL GETTING ON THE INTER PLAYING THE SAME
TORMENT GAMES PLEASE ALLOW ME TO SEEK IMMUNITY THROUGH
THE COURT I WOULD FOR MY TIME TO GO IN VAIN. AND ALLOW
COUNTY INMATE'S WHO IS SUPPOSE TO HAVE MORE RIGHTS THEN STATE
PRISONERS TO RECEIVE SOME TYPE OF SLAVE WAGE FOR WORKING IN
INSTITUTION REMEMBER WE ARE THE POOR PEOPLE WHO SHOULD NOT
WORK FOR FREE THERE IS I NEW COUNTY LAW THAT STATE
WHEN ENTER THE COUNTY JAIL YOU HAVE TO WORK FOR FREE THE
FEDERAL PRISON AND STATE, GET COMPENSATED FOR THEIR WORK
ETHICS I JUST HOPE EYE AND EYE SEE ME THROUGH AND ALLOW MY
VOICELESS TO BE HEARD NOT THROW ME BUT THERE FOUNDING FATHERS
INSTANCE PAY INMATES WHEN THEY WORK FOR THE INSTITUTION

7.                      **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

PUT IN MANY REQUEST SLIPS THAT CAN BE USE
AS EXHITIBS, TO PROVE THE FACTS THERE SUPER
VISOR NEVER MAKE A AROUND EVENTHOUGH IT
WOULD NOT MAKE A DIFFERENTS 2ND WAY

### SECOND CAUSE OF ACTION

THE SAME PUT IN MANY COMPLAINT SLIPS
WHICH NEVER SEEM TO DO 2NY GOOD WHATSOEVER

### THIRD CAUSE OF ACTION

I AM TRYING TO CONTACT THE INTERNAL AFFAIR
EVENTHOUGH THERE RACIST TO 2ND JUST GET
THE TRUST ON RECORD.

8. PRAY EYE AND EYE SEE ME THROUGH MY LEGAL JOURNEY FOR RELIEF.

PLAINTIFF IS PLEADING WITH THE HIGHEST COURT TO SYMPATHIZE WITH PLAINTIFF CONDITION SPENDING OVER 15 YEARS IN THE SUPER MAX UNIT S.M.U. LONG TERM SEGREGATION UNH L.T.S.U. AROUND THE MOST CRAZY PEOPLE YOU EVER MET IN YOU LIFE PEOPLE HAVE KILLED THEMSELVES ON DIFFERENT OCCASIONS ON MANY OCCASIONS EVEN SOME GUARDS WHO WORKED IN A ENVIRONMENT LIKE THE S.M.U L.T.S.U COMMITTED SUICIDE SINCE I HAD H.I.V AND THE ONLY THEY KNEW IS BY THE GUARD WOULD START VERB ALL GRIND ME UP PSYCHOLOGICALLY MENTALLY, AT FIRST THEY WOULD TALK TO ME UP UNTIL A GUARD SAID I HAVE H.I.V AND THAT'S WHEN THE NIGHTMARE KICKED IN TALK ABOUT EXTREMELY BAD BANG ON THE WALLS SINK, LEFT RIGHT AND OVER TOP OF THE CELLS.
THEY ONLY GRIND ME UP TO MAKE THEMSELVES BETTER THEN ME.
IT WAS DEFINITELY A HORROR PSYCHOLOGICALLY MENTAL TO-MENTAL ATMOSPHERE AND THIS HAS BEEN GOING ON FOR YEARS NOW WHAT CAN I ACTUALLY DO LOCKED BEHIND CELL DOOR MANY TIMES FOR 24 HOURS A DAY. CAUSE INMATE'S WANT TO SPIT THROW DEFECATION URINATION ON YOU BECAUSE OF SOME SICK PSYCHOTIC REASON ALL IN THE NAME OF MAKE ME FEEL DOWN AND THEM UP.

PLEASE HAVE MERCY ON ME AND ALLOW ME TO OBTAIN IM-MUNITY BECAUSE OF MY HEALTH CONDITION I DID TAKE TEN DOLLARS AND A CRACK PIPE ALONG WITH MISCELLANEOUS ITEMS. BUT DIE IN JAIL CAUSE OF 10 DOLLARS CRACKPIPE AND PETTY STUFF PLUS I HAVE MENTAL HEALTH PROBLEM

MY MENTAL HEALTH FORENSIC WORKER WAS NOT AT MY PRELIMINARY HEARING AND IT IS A MUST THAT HE BE THERE BECAUSE IS APART OF THE MENTAL HEALTH COURT. IT WAS POSTPONE TWICE AND HE NEVER SHOWED UP AT NEITHER ON OF THEM WHICH IS HIS JOB KNOW MATTER TO BE AT THE HEARING WITH A PLAN. FROM THIS POINT ALL I CAN DO IS HOPE AND PRAY EYE AND EYE SEE ME THROUGH MY LIVING NIGHTMARE IN A MORE POSITIVE LIGHT INSTEAD OF RAPITLY ENTERING THE DARK TUNNEL.

THIS WOULD OF NEVER HAPPEN IF MY MONEY WASN'T SPENT ALSO IF THE GUY WOULD OF LET ME HAVE THE BED THAT WAS OPEN I WOULD OF SLEPT ON THE FLOOR FOR A WEEK UNTIL THE APARTMENT WAS READY.

HERE IS WHERE MR. DAJON SMITH COME IN AT HE AS WELL AS MYSELF SELF IS COMPLETELY IGNORANT OF THE WALL LEGAL LAW LIBRARY COMPUTER, WHAT WE WOULD LIKE IS TO REOPEN THE LAW LIBRARY WITH A TRAINED PARALEGAL WHO IS TRAINED IN THE LAW TO HELP PREPARE DEFENDENS IN THERE LEGAL DEFENSE, SO WE CAN USE THE TYPEWRITER AND GET THE COPIER MACHINE BACK SO WE CAN MAKE COPIES.

ON GET A PARALEGAL TO WORK ON EACH POD FOR A ONE HOUR A WEEK TO HELP PREPARE FOR A DEFENSE FOR OUR CASE AND HAVE HE OR SHE TO MAKE COPIES FOR US AND WOULD A MORE STRESSFUL SITUATION A LITTLE LESS STRE SS OFF OF OUR BACK IN A EXTREME STRESSFUL ENVIRONS MENT ALL BY ITSELF ALSO MR. DAJON SMITH IS SUING FOR THE INSTITUTION NOT PAYING INMATES TO WORK INSIDE THE JAIL AND THE COUNTY DO NOT SUPERSEDE OVER STATE THE COUNTY IS APART OF THE STATE WE AS PRISONERS WE HAVE COURT

FINES AND OTHERS HOW CAN HE BEGIN TO PAY ANY OF THESE FINES WITHOUT RECEIVING ONE SINGLE PENNY FOR WORKING HARD THE POLICY NEED TO BE LIKE THE STATE ESPECIALLY WHEN IT COMES TO INMATE'S WORKING FOR FREE THE POOR WOULD LIKE TO BUY SOMETHING SOMETIMES FROM COM MISSARY INSTEAD OF GOING TO BED HUNGRY EVERY NIGHT CAUSE THE FOOD PORTION IS VERY SMALL.

MR. DAJON SMITH, IS ALSO SUING AS WELL AS MYSELF ABOUT THE GUARDS TAKING OUR YARD LAW LIBRARY ON THE WALL COM PUTER AGAIN I HAVE KNOW IDEAL OF WHAT I AM DOING ON THE WALL COMPUTER BECAUSE ME AND MR. SMITH ARE COMPUTER ILLITERATE IN THE SMU L.T.S.U WE WASN'T ALLOWED EDUCATION PROGRAMS LIBRARY BOOK'S TO READ NO NEWSPAPERS ONLY LEGAL MATERIAL AND MAIL FROM 50-CALLED FAMILY MEMBER AND TIMES YOUR MAIL END UP A MONTH OR TWO LATER OR NOT AT ALL. IT IS KNOW POLICY NOT EVEN IN THE S.M.U OR L.T.S.U TAKING PEOPLE EX ERCISE YARD OR LAW LIBRARY TIME OR SHOWERS FOR SPECK ING OUT OR YELLING OUT THE CELL DOOR BECAUSE THAT IS THE ONLY WAY YOU CAN HEAR SOMEBODY AND PLUS THEY GOT THIS REAL HUGE FALL THAT IS ON FULL BLAST IT NOT ONLY MAKE IT COLD ALL YEAR AROUND BUT THAT IS ANOTHER REASON WHY YOU REALLY HAVE TO YELL CAUSE THE LOUD NOICE, IF NOT THE BEST FOR ME PLEASE LET ME BE SEPARATED FROM CO/ ZOLLER WHO MENTION MY DISEASE ON THE POD WHICH AIN'T NOBODY BUSSINESS PENDELL, CHRONISTER SGT. RUEBEL CAPT. DEMORE ALSO SUING FOR THEM HAVING ME R.H.U STATUS WITHOUT A D-141 MISCON DUCT

KNOW OTHER REPORT ITS STATE A REASON FOR PLACING
ME ON ADMINISTRATION CUSTODY WITH BRIGHT LIGHTS
ON ALL DAY 2ND NIGHT 2ND WITHOUT HOLDING 2
ADMINISTRATION HEARING TO STATE THERE CLAIM TO
KEEP ME ON A.C. STATUS MY APPEAL RIGHTS WAS
ALSO VIOLATED WENT TO.

P.R.C 2ND THERE WAS NOTHING IN MY FILE ON 4/25/13
TO EVAN HAVE ME UP HERE. WHICH IS A POLICY VIOLAT
ION THEY HAVE 3 HOUR TO GIVE YOU A RATIONALE
SHEET EYPLAIN THE REASON WHY YOU ARE TO BE PLACED
ON A.C STATUS 2ND 7 TO 10 WORKING DAYS TO GET YOU
UP TO SEE A HEARING COMMITTEE IN MY CASE NEVER
HAPPEN 2ND IF THE DO HAVE A POLICY THAT STATE THEY DO
NOT HAVE TO GIVE YOU PAPERWORK PLEASE ALLOW ME TO
SEE IT. ALSO I WANT THE INMATE HANDBOOK FROM BACK
IN JULY 2011 NOT THIS UP DATED INMATE HANDBOOK PLEASE
IF POSSIBLE THE ISSUES ME 2ND MR. DAJON SMITH ARE
SUING FOR HE IS SUING FOR THE LAW LIBRARY AS MYSELF
INMATE'S WORKING FOR FREE WHEN IN FACT COUNTY INMATE
HAVE MORE RIGHTS THEN STATE AN FED. PRISONER. 2ND ME AND
MR. SMITH ARE SUING FOR TAKING OUR PRIVALEGES FUR
SPECKING OUT.

BUT IF POSSIBLE CAN YOU NOT PUT MY AIDS STATUS ON HIS
PAPER WORK BECAUSE HE MIGHT SHOW SOMEONE PRISON OR THE
STREETS. ALL WE CAN DO FROM THIS POINT ON IS HOPE AND PRAY
EYE AND EYE SEE US THROUGH OUR LEGAL STRUGGLE IN A UN
BIAS PERSPECTIVE PLEASE HELP.

AND STOP VIOLATING THERE OWN POLICY AND I WANT A
SEPARATION FROM ALL THE GUARDS WHO IS ON THIS LAW SUIT

8.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

FOR THE COUNTY JAIL TO GRANT ME INMUNITY

GRANT PRISONER THE RIGHT TO A TRAINED IN LAW PARALEGAL SO INMA
CAN PREPARE THEMSELVES LIKE THE POLICY STATE PEOPLE ILLITERATE
LIKE ME HOW CAN I UNDERSTAND A COMPUTER LAW LIBRARY I AM NOT TH
GOOD AT READING, AND ALLOW ME TO HERMITIC PHILOSOPHY AND COM
PESATE THE INMATE'S WHO WORK FREE STATE DO NOT DO IT FEDERAL NEITHER

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

_____
_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

IN THE UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF NEW YORK

PLAINTIFFS

    DEERING CARTER             COMPLAINT

    LAJON SMITH

VS.

DEFENDANTS,

    MR. HARPER             CIVIL ACTION NO. _____

    WARDEN

    CHAPLAIN ETC.

## COMPLAINT
### § 1983 COMPLAINT FORM

AND NOW COMES DEERING CARTER BRING A 1983 LAWSUIT
AGAINST THE COUNTY OFFICIALS FOR THE FOREGOING REASON
NOW AT ONE POINT IN TIME WE WAS ALLOWED TO SPEND
ONE HOUR IN THE LAW LIBRARY WITH A TRAINED IN THE LA
A PARALEGAL. ALSO HAD INMATES THERE AS WELL TO PAS
OUT ANY LEGAL A PRISONER REQUESTED FOR PLUS WE HAD
A TYPEWRITER TO ASSIST, ALSO YOU HAD TO PAY TEN CENT
EACH FOR A COPY LEGAL MATERIAL. AND BEING I WAS A
INDIGENT PRISONER FOR A NUMEROUS YEARS PRISONERS
WOULD ALLOW COPIES MADE FOR ME ON THERE COPY CARD
NOW ALL THAT IS GONE NOW THE ADMINISTRATION DO NOT
MAKE COPIES. ME MYSELF CAN NOT AFFORD CARBON PAPE
ANY PACKS ON COMMISSARY LET ALONE 2.90 I FILED
PAPERWORK TO TRY AND GET CARBON PAPER BUT NO-
THING

THE GUARD THREW ALL THE LAW LIBRARY BOOK'S AWAY AND PLACE

WITH A WALL LAW LIBRARY COMPUTER, ME PERSONALLY I DO
NOT HAVE A G.E.D EDUCATION AND ALMOST HAVE TO
SEARCH THE DICTIONARY FOR WORDS AND THEN LOOK IT
UP IN A DICTIONARY I AM SLOW AND HAVE A LEARNING
DISABILITY AND I AM COMPUTER ILLITERATE AS WELL AS
INTERNET ILLITERATE YOU GOT PEOPLE WHO CAN'T READ OR
WRITE LET ALONE HAVE KNOWLEDGE ABOUT THE LAW THAT
IS WHERE MR. DAJON SMITH # 164052 HE TO IS IGNORANT
OF THE LAW AS WELL.

AND WE BOTH ARE THE VOICELESS AND INVICIBLE ONE REALIZE
THAT BUT IT IS NOT BLACK PEOPLE WHO MADE UP THE CON-
STITUTION AND WE STILL REALIZE IT IS STILL NOT IN
OUR FAVOR BUT JUST ONCE CAN THIS BIAS, PREJUDICE, RACISM
SUPERSEDE AND ALLOW THE ONE'S WHO BEEN DENIED RE
FLECT ON US.

THE CONSTITUTIONAL RIGHTS BY THE FOUNDING FATHERS
THE LAWS THEY ESTABLISH THAT STATE ADQUATE ASSIST
ANCE FROM SOMEONE TRAINED IN THE LAW OR SOME OTHER
LEGAL ACCESS PROGRAM IT ISN'T NONE, I SAID OR
MR. SMITH SAID IT SOMETHING THE LAW SAY AND WE AS
BLACK PEOPLE IN THIS COUNTRY WE CAN ONLY HOPE AND
PRAY EYE AND EYE SEE US THROUGH OR LEGAL STRUGGLES
IN A LIGHT MOST FAVORABLE TO THE PLAINTIFFS BECAUSE
OF VIOLATIONS POLICY THAT THE ADMINISTRATION IS
ORCHESTRATING. ME ACCORDING TO YOUR FOUNDING FATH
ERS SAID THE FIRST AMENDMENT PROTECT YOUR RIGHT
TO EXPRESS YOURSELF PRACTICE YOUR RELIGION
AND COMMUNICATE WITH OTHER CONGRESS SHALL MAKE NO
LAW REPECTING AN ESTABLISMENT OF RELIGION OR
PROHIBITING THE FREE EXERCISE THERE OF

NOW I WAS IN A PRISON CALLED THE R.H.U. AND A PSY CHIATRIST BY THE NAME DR. MARTONE STATED I WAS GANG RAPE AND CONTRACT AIDS, AND SHE REALLY BELIEVE THAT IS WHERE MY MENTAL HEALTH PROBLEM CAME INTO PLAY AND YOU HAVE GUARDS LIKE PENDELL SHOOTING OUT ON THE POD MY PERSONAL BUSINESS I SUCK SOMEBODY DICK AND CAUGHT AIDS CAN REALLY MAKE YOU FEEL A UNBELIEVIBLE FEELING OF KEEP TRYING TO TORMENT WITH LIES GET ON THE INTERCOM AND USE THE-N-WORD MANY TIMES CALL BLACK PEOPLE MONKEY'S A GUARD BY THE NAME ZOLLER WHILE THE NURSE WAS PASS/OUT MEDICATION SAID HE HATE ALL BLACK PEOPLE NOT ONCE HE EVEN SAID IT TO A BLACK GUARD AND I CAN PROVE IT HIS NAME IS CHAPMAN THAT WAS ON OF THE REASON WHY HE LEFT THE R.H.U.

NOW ON 4/6/13, I WAS PUT BACK ON ADMINISTRATIVE CUSTO DY BY SGT. RUEBEL WHO NEVER ISSUE ME A MISCONDUCT DC-141 OR OTHER REPORT STATING THE REASON WHY I AM BEING PLACED ON A.C. STATUS NEVER HAD A ADMINI STATIVE HEARING WHICH POLICY SPECIFICALLY STATE YOU HAVE 24 HOUR TO ISSUE OUT A COMPLAINT AND 7TO10 WORKING DAYS TO GO IN FRONT OF A HEARING COMMITTEE SO I CAN HAVE OPPORTUNITY TO APPEAL THERE DECISION WHICH IS IN VIOLATION OF THERE OWN POLICY. NOW THE REASON BY CAPT. DEMORE AND SGT. RUEBEL TO PLACE ME ON R.H.U. STATUS IN FAST PLACE CAUSE MY PASS ASSAULTIVE BEHAVIOR. I AM ALSO SUING COUNTY OFFICIALS FOR HAVING INMATE'S WORK FOR FROM THE COUNTY DOES NOT SUPERSEDE OVER THE STATE PRISON OR FED. THEY RECEIVE SOME TYPE OF SLAVE WAGE FOR THERE SERVICE THE COUNTY IS LIKE STATE WE ARE POOR WHO NEED TO BE COMPENSATED FOR WORK SO I CAN HELP PAY OF SOME OF MY FINES AND BUY SOMETHING FROM COMMISSARY SO I DO NOT HAVE TO DEPEND ON PEOPLE AIN'T GIVING ME NOTHING.

I ENTER THIS JAIL IN MAY 27 2003 AND SEEM HAVE BEEN HERE EVERY SINCE NOW YOU CAN CHECK MY MISCONDUCT HISTORY I DO NOT HAVE ONE SINGLE MISCONDUCT FOR FIGHTING NOT ONE WITH AIDS WITH ALL DO RESPECT WITH MY DISEASE BLACK TO THAT WOULD BE THE QUICKES WAY TO GET CASE UP EVEN THOUGH SGT. ROEBEL DID CASE ME UP AND ASSAULT ME WHILE MY HANDS WAS CUFFED BEHIND MY BACK, AND THE MAGISTRATE SEEN THROW HIS LIES AND DISMISS THE CASE HE HAS THREATEN ME ON NUMEROUS OCCASIONS STATING I'll GET YOU CASE UP JUMP ON ME SO YOU CAN NEVER GET OUT OF HERE THEY TELL ME THEY WANT ME TO DIE IN JAIL AND FROM THE LOOK'S OF IT I HATE TO SAY BUT IT LOOK LIKE THEY'RE RIGHT THEY KNOW I DO NOT HAVE HELP ON ONE SINGLE LEVEL. THE COUNTY LAW SUIT IS LIKE TALKING TO THE GUARDS BROTHER HOOD. PLUS CO ZOLLER, CHRNOISTER, AND PENDELL ARE PUNISHING PRISONERS IF THEY YELL OUT THE CELL DOOR WHICH THAT IS THE ONLY WAY YOU CAN HEAR SOMEBODY EVEN IF THEY WAS NEXT TO YOU ARE DENYING COMPLETELY THE EXERCISE YARD THE WALL COMPUTER WHICH NOBODY UNDERSTAND AND TAKING OUR SHOWERS AWAY ONLY ONE CERTAIN DAYS. THAT IS THERE OWN POLICY WHICH IS NOT CONSTITUTIONAL LAW CHRNOISTER ALSO SAID HE IS A RACIST AND HE HATE BLACK PEOPLE AS WELL.